United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GIL CROSTHWAITE, et al.,

    Plaintiffs,

v.

STATEWIDE CONCRETE PUMPING, INC.,

    Defendants
_____/

No. C-09-0574 MMC

**ORDER SETTING DEADLINE FOR PLAINTIFFS TO FILE MOTION FOR DEFAULT JUDGMENT; CONTINUING CASE MANAGEMENT CONFERENCE**

On March 19, 2009, the Clerk of the Court, upon request of plaintiffs, entered the default of both defendants named herein.

Accordingly, plaintiffs are hereby DIRECTED to file, no later than June 12, 2009, a motion for default judgment.

The Case Management Conference is hereby CONTINUED from May 22, 2009 to August 21, 2009; a Case Management Statement shall be filed no later than August 14, 2009.

**IT IS SO ORDERED.**

Dated: May 20, 2009

                                  MAXINE M. CHESNEY
                                  United States District Judge