1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  GIL CROSTHWAITE, et al.,                    No. C-09-0574 MMC

12          Plaintiffs,                         **ORDER GRANTING IN PART AND
                                                DENYING IN PART WITHOUT
13   v.                                         PREJUDICE PLAINTIFF'S MOTION FOR
                                                DEFAULT JUDGMENT; VACATING
14  STATEWIDE CONCRETE PUMPING, INC.,           HEARING**

15          Defendants
                                         /
16

17          Before the Court is plaintiffs' Motion for Default Judgment, filed May 22, 2009.

18  Defendants have not filed a response.  Having read and considered the papers filed in

19  support of the motion, the Court deems the matter suitable for decision thereon, VACATES

20  the hearing scheduled for June 26, 2009, and rules as follows.

21          1.  To the extent plaintiffs seek an order compelling defendants to submit to an audit

22  of their records for the period October 1, 2006 through the date of the audit (see Compl.,

23  prayer ¶ 1), the motion is hereby GRANTED.  Specifically, defendants are hereby

24  ORDERED to submit to an audit within thirty (30) days of the date of this order.

25          2.  To the extent plaintiffs seek an order directing defendants to pay all amounts

26  found by plaintiffs to be due on audit, the motion is hereby DENIED as premature and

27  without prejudice to plaintiffs' filing an action to recover any amounts claimed to be due

28  under the terms of the parties' Bargaining Agreement (see Compl. ¶ 11), if there exists at

United States District Court
For the Northern District of California

1   that time a case or controversy with respect to a failure to pay.

2        3.  To the extent plaintiffs seek an order awarding attorneys' fees in the amount of

3   $3673 and costs in the amount of $502.21, for a total sum of $4175.21, the Court finds the

4   hourly rates sought and the number of hours expended reasonable and hereby GRANTS

5   the motion.

6        The Clerk is directed to enter judgment in favor of plaintiffs and against defendants,

7   in conformity with the above findings.

8        **IT IS SO ORDERED.**

9

10   Dated:  June 11, 2009

11                       MAXINE M. CHESNEY
                    United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28