IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GIL CROSTHWAITE, et al.,

        Plaintiffs,

  v.

STATEWIDE CONCRETE PUMPING, INC.,

        Defendants.
                               /

No. CV-09-0574 MMC

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED**

    1. To the extent plaintiffs seek an order compelling defendants to submit to an audit of their records for the period of October 1, 2006 through the date of the audit, the motion is hereby GRANTED. Specifically, defendants are hereby ORDERED to submit to an audit within thirty (30) days of the date of this order.

    2. To the extent plaintiffs seek an order directing defendants to pay all amounts found by plaintiffs to be due on audit, the motion is hereby DENIED as premature and without prejudice to plaintiffs' filing an action to recover any amounts claimed to be due under the terms of the parties' Bargaining Agreement, if there exists at that time a case or controversy with respect to a failure to pay.

3. To the extent plaintiffs seek an order awarding attorneys' fees in the amount of $3673 and costs in the amount of $502.21, for a total sum of $4175.21, the Court finds the hourly rates sought and the number of hours expended reasonable and hereby GRANTS the motion.

Dated: June 15, 2009

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GIL CROSTHWAITE, et al.,

        Plaintiffs,

  v.

STATEWIDE CONCRETE PUMPING, INC.,

        Defendants.
                                     /

No. CV-09-0574 MMC

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

    1. To the extent plaintiffs seek an order compelling defendants to submit to an audit of their records for the period of October 1, 2006 through the date of the audit, the motion is hereby GRANTED. Specifically, defendants are hereby ORDERED to submit to an audit within thirty (30) days of the date of this order.

    2. To the extent plaintiffs seek an order directing defendants to pay all amounts found by plaintiffs to be due on audit, the motion is hereby DENIED as premature and without prejudice to plaintiffs' filing an action to recover any amounts claimed to be due under the terms of the parties' Bargaining Agreement, if there exists at that time a case or controversy with respect to a failure to pay.

3. To the extent plaintiffs seek an order awarding attorneys' fees in the amount of $3673 and costs in the amount of $502.21, for a total sum of $4175.21, the Court finds the hourly rates sought and the number of hours expended reasonable and hereby GRANTS the motion.

Dated: June 15, 2009

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk